**Order entered December 22, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-16-01182-CR**
**No. 05-16-01183-CR**

**ZAMONDRE DAVON BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-51628-N & F16-51629-N**

## ORDER

The Court has before it appellant's December 21, 2016 motion to extend time to file his brief. In the motion, appellant states "good cause exists for the requested extension, in that we have no record of receiving reporter's record and the court reporter in this case is Sandra Hughes who passed away on December 17, 2016."

Generally, an appellant's brief is not due until thirty days after the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a). While the reporter's record has not been filed in these appeals, the October 7, 2016 docketing statements state "Reporter waived" and indicate the record was not requested. Thus, it appears that the reporter's record is not due. Furthermore, appellant's motion does not state how much additional time he needs for filing his brief. Under these

circumstances, we **DENY** appellant's December 21, 2016 motion without prejudice to filing an amended motion clarifying whether a reporter's record was made and requested and what additional time is needed for filing a brief.

/s/     ADA BROWN
          JUSTICE
